**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

TRACY GARRETT,

              Plaintiff,

-vs-                                        Case No. 6:09-cv-805-Orl-35DAB

ORANGE COUNTY HEALTH DEPARTMENT,
ORANGE COUNTY JAIL,
NURSE ROBBERSON, NURSE LEWIS,
CHIEF TIDWELL

              Defendants.
_____

## ORDER OF DISMISSAL

On June 4, 2009, the Court ordered Plaintiff to file a second amended complaint within twenty days from the date of the Order (Doc. No. 11). On June 9, 2009, the Court entered an Order (Doc. No. 14) allowing Plaintiff twenty days from the date of that Order to comply with the Court's Order of June 4, 2009. Further, the Court notified Plaintiff in both of the above-referenced Orders that the failure to do so would result in the dismissal of the action without further notice. As of the date of this Order, Plaintiff has failed to comply.

Accordingly, it is now **ORDERED AND ADJUDGED** that this case is hereby **DISMISSED** without prejudice. The Clerk of the Court is directed to close this case.

**DONE AND ORDERED** in Orlando, Florida, this 10th day of July 2009.

                                                            MARY S. SCRIVEN
                                                            UNITED STATES DISTRICT JUDGE

Copies to:
sa 7/7
Tracy Garrett